HOME ELECTRIC CO. OF LENOIR, INC., A NORTH CAROLINA CORPORATION, PLAINTIFF v. HALL AND UNDERDOWN HEATING AND AIR CONDITIONING COMPANY, A NORTH CAROLINA PARTNERSHIP, DEFENDANT

No. 487PA87

(Filed 6 April 1988)

ON plaintiff's petition for discretionary review of a decision of the Court of Appeals, 86 N.C. App. 540, 358 S.E. 2d 539 (1987), which affirmed the dismissal of plaintiff's complaint by *Sitton, J.,* at the 29 September 1986 session of Superior Court, CALDWELL County. Heard in the Supreme Court 15 March 1988.

*Delk, Swanson & Einstein, by Joseph C. Delk, III, David A. Swanson, and Edwin S. Hartshorn, III, for plaintiff-appellant.*

*Whisnant, Simmons, Groome, Tuttle & Pike, by H. Houston Groome, Jr. and Vanessa Barlow, for defendant-appellee.*

*Miller, Johnston, Taylor & Allison, by James W. Allison and John B. Taylor, for The Associated General Contractors of America, Carolinas Branch, amicus curiae.*

*Foster, Conner, Robson & Gumbiner, P.A., by Eric C. Rowe, Allen Holt Gwyn, and Richard D. Conner, for American Subcontractors Association of The Carolinas, Inc., amicus curiae.*

PER CURIAM.

Affirmed.